UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MALCOM BURBANK,<br><br>                Plaintiff,<br><br>   v.<br><br>JEH JOHNSON, Secretary, Department of Homeland Security; JEAN THARPE, Field Office Director, Vermont Field Office, US Citizenship and Immigration Services; LEON RODRIGUEZ, Director, US Citizenship and Immigration Services; ERIC H. HOLDER, JR., US Attorney General, US Department of Justice,<br><br>                Defendants. | NO: 2:14-CV-292-RMP<br><br>ORDER DISMISSING ACTION FOR LACK OF JURISDICTION |

      BEFORE THE COURT is a Judgment entered by the Ninth Circuit Court of Appeals vacating this Court's prior order dismissing this action under Federal Rule

ORDER DISMISSING ACTION FOR LACK OF JURISDICTION ~ 1

of Civil Procedure 12(b)(6).  Pursuant to the Ninth Circuit's instructions, the Court dismisses this case for lack of jurisdiction.

Accordingly, **IT IS HEREBY ORDERED** that the case is **DISMISSED**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this June 27, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge